Case 1:23-cv-00321-JJM-PAS    Document 16    Filed 12/13/23    Page 1 of 2 PageID #:
Case 1:23-cv-00321-JJM-PAS    Document 106-1    Filed 11/29/23    Page 1 of 2 PageID #:
104

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee for LB-Dwelling Series V Trust <br><br> *Plaintiff(s)* <br><br> v. <br><br> NATHANIEL HYMAN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ROBERT HYMAN, ET AL. <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-00321-JJM-PAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pamela Davis, as Heir of the Estate of Robert Hyman
88 Goddard Street Unit 2
Providence RI 02908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Demerle Hoeger LLP
c/o David A. Shaw
10 City Square
Boston, MA 02129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date  **November 29, 2023**

/s/ Hanorah Tyer-Witek
**Clerk of Court**

Case 1:23-cv-00321-JJM-PAS   Document 16   Filed 12/13/23   Page 2 of 2 PageID #:
Case 1:23-cv-00321-JJM-PAS   Document 10   Filed 11/29/23   Page 2 of 2 PageID #:
107
105

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-00321-JJM-PAS

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Pamela Davis

was received by me on *(date)*   11-29-23   .

☒ I personally served the summons on the individual at *(place)*   88 Goddard St
Unit 2 providence   on *(date)*   12-9-23   ; or
② 2:10 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $   45   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12-9-23

Sei Cas 6095
*Server's signature*

Shirley CAives Constable
*Printed name and title*

PO Box 744 coventry RI 02816
*Server's address*

Additional information regarding attempted service, etc: