U.S. Bank Trust National Association, as Trustee, et. al., Plaintiff(s)
vs.
Nathaniel Hyman, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 166002-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Household Finance Corporation II, nka HSBC Bank USA, N.A.

Court Case No. 1:23-cv-00321-JJM-PAS

DEMERLE HOEGER LLP
Ms. Samantha Petty
10 City Square, 4th Floor
Boston, MA 02129

State of: **DC** ) ss.
County of: **Washington** )

Name of Server: **Abel Emiru**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1st** day of **December**, 20 **23**, at **3:47** o'clock **P** M

Place of Service: at **1800 Tyson Blvd, Suite 50**, in **Tysons, VA 22102**

Documents Served: the undersigned served the documents described as:
**Summons and Verified Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Household Finance Corporation II, nka HSBC Bank USA, N.A.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Narwan Waziri, CEA**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **45** ; Approx. Height **5'6"** ; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **5th** day of **December**, 20 **23**

*Angela H. Croson*
Notary Public (Commission Expires)

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024